IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIE J. BOLDER,                )
                                 )
            Plaintiff,           )
                                 )
     v.                          )         1:14CV628
                                 )
PATRICK T. MERRITT, JR.,         )
                                 )
            Defendant.           )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 15, 2015, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (Doc. 10) is GRANTED IN PART, to the extent Defendant seeks abstention of this case based upon the *Younger* doctrine. 401 U.S. 37 (1971).

IT IS FURTHER ORDERED that this action is STAYED pending the resolution of the state court's criminal proceedings.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge
June 11, 2015