IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIE J. BOLDER,                )
                                 )
        Plaintiff,                )
                                 )
    v.                           )    1:14CV628
                                 )
PATRICK T. MERRITT, JR.          )
                                 )
        Defendant.               )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 2, 2016, was served on the parties in this action. No objections were filed within the time prescribed by § 636.[1]

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that Plaintiff's claim shall not be dismissed at this time pursuant to Heck v. Humphrey, 512 U.S. 477 (1994), and further proceedings are permitted to proceed in this matter.

/s/ Thomas D. Schroeder
United States District Judge

October 11, 2016

---

[1] Plaintiff filed a response to the Recommendation which does not appear to assert any objections. (*See* Doc. 25.)